## COBERT *v.* NEW YORK.

No. 21. Decided June 12, 1967.

*Ephraim London* for petitioner.

*Frank S. Hogan* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the Court of Appeals of New York is reversed. *Redrup* v. *New York,* 386 U. S. 767.

THE CHIEF JUSTICE, MR. JUSTICE CLARK, and MR. JUSTICE BRENNAN would affirm.

MR. JUSTICE HARLAN adheres to the views expressed in his separate opinions in *Roth* v. *United States,* 354 U. S. 476, 496, and *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455, and on the basis of the reasoning set forth therein would affirm.